IT IS SO ORDERED.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 08-02: KENNETH J. HIRZ, CLERK OF COURT

BY:  /s/ Lori Chito_____
          Deputy Clerk

Dated: December 02, 2010 04:24:21 PM

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| In re: | **JOHN ROBERT WOLFE, SR.**<br>**30436 SR 172**<br>**East Rochester, OH 44625** | Case No. | **10-44451** |
| | Debtor(s) | Chapter | **7** |

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

The Debtor(s), having applied for permission to pay the filing fees in this case in installments, it is **ORDERED** that the Debtor(s) pay the filing fee still owing, namely **$234.00** as follows:

| | | |
|---|---|---|
| **$78.00** | DUE ON OR BEFORE | 12/31/2010 |
| **$78.00** | DUE ON OR BEFORE | 01/30/2011 |
| **$ 78.00** | DUE ON OR BEFORE | 03/01/2011 |

It is further **ORDERED** that all payments be made at the office of the Clerk of the United States Bankruptcy Court located at **10 East Commerce Street, Second Floor, Youngstown, Ohio, 44503** and that until the filing fee is paid in full, the Debtor(s) shall not pay any money or transfer any property to his attorney, and his attorney shall not accept any money or property from the Debtor(s) for services in connection with this case.

| DATE | RECEIPT | AMOUNT | BALANCE DUE |
|---|---|---|---|
| 12-2-2010 | 19765627 | $65.00 | $234.00 |
| | | | |
| | | | |
| | | | |

# # #