United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** ATTY. DIANA KHOURI  **Case Number:** 10–44451–kw

**Debtor(s):** John Robert Wolfe Sr.  **Judge:** KAY WOODS

**Re:** Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 5 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit not attached.
- ☐ Form 21 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ Summary of Schedules; Schedules A – J.
- ☐ Legal Description of all Real Property and Land Contracts.
- ☐ Statement of Financial Affairs.
- ☐ Attorney Fee Disclosure Statement.
- ☐ Chapter 13 Plan.
- ☒ Creditors **not** uploaded into CM/ECF System.
- ☐ Email Information required – not in system.
- ☐ No Means Testing Form
- ☐ Other. See Comments/Instructions.

**Comments/Instructions:**
CREDITOR MATRIX MUST BE UPLOADED INTO THE CM/ECF SYSTEM.

Deputy Clerk: **LORI A. CHITO**   Date: **DECEMBER 6, 2010**
Form ohnb143

# CERTIFICATE OF NOTICE

```
District/off: 0647-4          User: lchit              Page 1 of 1              Date Rcvd: Dec 06, 2010
Case: 10-44451                Form ID: 143             Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 08, 2010.
db          +John Robert Wolfe, Sr.,   30436 State Route 172,   East Rochester, OH 44625-9776

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                          Signature:     _/s/ Joseph Speetjens_