UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**
John Robert Wolfe Sr.
30436 State Route 172
East Rochester, OH 44625

**Case Number:** 10−44451−kw

**Chapter:** 7

**Judge:** KAY WOODS

## ORDER TO APPEAR AND SHOW CAUSE

Pursuant to § 707 of the Bankruptcy Code, Debtor(s) herein, are **ORDERED TO APPEAR** before the Bankruptcy Trustee of the United States Bankruptcy Court at the Office of the United States Trustee, Nathaniel R. Jones Federal Building and United States Courthouse, 10 East Commerce Street, Third Floor, Room 340, Youngstown, Ohio, 44503, at a hearing scheduled for **March 8, 2011** at **12:00 PM** and there and then to show cause why this case should not be dismissed upon the basis that the Debtor(s), by failing to appear for a § 341 First Meeting of Creditors, have occasioned unreasonable delay prejudicial to creditors. If cause is shown at the hearing why this case should not be dismissed, the § 341 First Meeting of Creditors shall immediately follow the Show Cause hearing.

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 04−03: KENNETH J. HIRZ,
CLERK OF COURT

**Date:** February 28, 2011
Form ohnb123

By: /s/ LORI A. CHITO
Deputy Clerk